**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

LORENZO FUERTES,

    Plaintiff,

v.                                           Case No.: 1:16-CV-24693-RNS

LIFE INSURANCE
COMPANY OF NORTH AMERICA,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, Lorenzo Fuertes, and Defendant, Life Insurance Company of North America, by and through their respective undersigned counsel, hereby stipulate based on the settlement reached by the Plaintiff and the Defendant in the above-captioned action, all claims be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated this 25th day of April 2017.

| | |
|---|---|
| BY: *s/ Shari Gerson* | BY: */s/ Edward P. Dabdoub* |
| Shari Gerson (FBN 17035) | Edward Philip Dabdoub (FBN. 45685) |
| Shari.Gerson@Gray-Robinson.com | Eddie@longtermdisability.net |
| GRAY ROBINSON, P.A. | Geannina Burgos (FBN. 113242) |
| 401 East Las Olas Boulevard, | nina@longtermdisability.net |
| Suite 1000 | DABDOUB LAW FIRM, P.A. |
| Fort Lauderdale, FL 33301 | 1600 Ponce de Leon Blvd., Ste. 1205 |
| Tel: 954-761-8111 | Miami, Florida 33134 |
| Fax: 954-761-8112 | Tel: (305) 754-2000 |
| | Fax: (305) 754-2007 |
| *Attorneys for Defendant* | |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of April 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                By: *s/ Geannina A. Burgos*
                Geannina A. Burgos (FBN. 113242)
                nina@longtermdisability.net
                DABDOUB LAW FIRM, P.A
                1600 Ponce de Leon Blvd. Ste. 1205
                Tel: (305) 754-2000
                Fax: (305) 754-2007